UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR-211-V (4) |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR DISMISSAL AS TO |
| (4) JAIRO GOMEZ GARCIA | ) | JAIRO GOMEZ GARCIA ONLY |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment and Superseding Bill of Indictment as to JAIRO GOMEZ GARCIA only in the above-captioned case, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 5th day of Sept., 2006.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE